[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 99-14875
_____

D.C. Docket No. 99-00142-CV-4

DANIEL A. WELZEL,

Debtor.

-----------------------------------------------------

ADVOCATE REALTY INVESTMENTS, LLC,

Plaintiff-Appellant,

KENNETH L. ROYAL,

Plaintiff,

versus

DANIEL A. WELZEL,

Defendant-Appellee.

_____

No. 99-14876
_____

D. C. Docket No. 99-00145-CV-4

DANIEL A. WELZEL,

Debtor.

------------------------------------------------

ADVOCATE REALTY INVESTMENTS, LLC,

Plaintiff-Appellant,

KENNETH L. ROYAL,

Plaintiff,

versus

DANIEL A. WELZEL,

Defendant-Appellee.

-------------------------------------
Appeals from the United States District Court
for the Southern District of Georgia
-------------------------------------

(Opinion June 29, 2001, 245 F.3d 1283, 11th Cir., 2001)

(August 7, 2001)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES,  BARKETT, HULL, MARCUS and WILSON Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

---

*Senior U.S. Circuit Judge Emmett R. Cox has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).